**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CHARLES DANIEL PINEDA, JR.,          No. CIV S-09-1723-GEB-CMK

        Plaintiff,

   vs.               <u>ORDER</u>

UNITED STATES POSTAL
SERVICE, et al.,

        Defendants.

_____/

       Plaintiff, who is proceeding pro se, brings this civil action for damages.  The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  <u>See</u> 28 U.S.C. § 1915A(a).  The court is also required to screen complaints brought by litigants who have been granted leave to proceed in forma pauperis.  <u>See</u> 28 U.S.C. § 1915(e)(2).  Under these screening provisions, the court must dismiss a complaint or portion thereof if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief.  <u>See</u> 28 U.S.C. §§ 1915(e)(2)(A), (B) and 1915A(b)(1), (2).  Moreover, pursuant to Federal Rule of Civil Procedure 12(h), this court must dismiss an action "[w]henever it

1

appears . . . that the court lacks jurisdiction of the subject matter . . . ."  Because plaintiff, who is not a prisoner, has been granted leave to proceed in forma pauperis, the court will screen the complaint pursuant to § 1915(e)(2).  Pursuant to Rule 12(h), the court will also consider as a threshold matter whether it has subject-matter jurisdiction.

Plaintiff claims that he sustained property damage and personal injuries as a result of the negligence of an employee of defendant United States Postal Service.   Specifically, plaintiff alleges that defendant Overland was negligent in using a lawn edger in an area covered in gravel.  He states that "gravel and bloom" struck his car which caused plaintiff to be startled and suffer "blunt force trauma" and post-traumatic stress disorder.

The court concludes that it has subject matter jurisdiction and that the complaint is appropriate for service by the United States Marshal without pre-payment of costs.  If plaintiff desires service of process by the United States Marshal  without pre-payment of costs, plaintiff must comply with the requirements outlined below.  Plaintiff is warned that failure to comply with this order, or otherwise effect service pursuant to Federal Rule of Civil Procedure 4, may result in dismissal of the action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Clerk of the Court shall issue a summons in a civil case, the undersigned's new case documents, and an order setting this matter for an initial scheduling conference;

2.      The Clerk of the Court shall send plaintiff the summons, two USM-285 forms, and a copy of the complaint;

/ / /

/ / /

/ / /

/ / /

1      3.      Within 15 days from the date of this order, plaintiff shall complete the

2  summons by indicating the addresses of the named defendants and shall submit to the United

3  States Marshal at the address indicated below the following documents:

4           a.      The completed summons;

5           b.      One completed USM-285 form for each named defendant;

6           c.      Three copies of the complaint; and

7           d.      Two copies of the court's initial scheduling conference order

8  issued herewith;

9      4.      Within 20 days of the date of this order, plaintiff shall file a notice

10  indicating that the documents described above have been submitted to the United States Marshal;

11      5.      The United States Marshal is directed to serve all process without pre-

12  payment of costs not later than 60 days from the date of this order, such service of process to be

13  completed by serving a copy of the summons, complaint, and initial scheduling conference order

14  on the defendants at the addresses provided by plaintiff; and

15      6.      The Clerk of the Court is directed to serve a copy of this order on the

16  United States Marshal at 501 "I" Street, Sacramento, CA, 95814.

17

18

19   DATED:  June 25, 2009

20                                   _____
                                     CRAIG M. KELLISON
21                                   UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

                                          3