IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES DANIEL PINEDA, JR.,            No. CIV S-09-1723-GEB-CMK

    Plaintiff,

  vs.                                  ORDER

UNITED STATES POSTAL
SERVICE, et al.,

    Defendants.

_____/

        Plaintiff, who is proceeding pro se, brings this civil action. This case is set for an initial scheduling conference on December 3, 2009, at 10:00 a.m. in Redding, California. A review of the docket reflects that no defendants have been served and the parties have not filed any scheduling conference statements. The scheduling conference is hereby vacated and will be re-set after service of process on defendants.

        IT IS SO ORDERED.

DATED: December 2, 2009

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE